UNITED STATES COURT HOUSE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
May 10, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

DRUE ALLEN HOLLIS,
  Plaintiff for the
 UNITED STATES
  in the best interest of the
 STATE OF TEXAS,

v.

CULLEN/FROST BANKERS, INC.,
  ET AL.,
   Defendant.

4:24-cv-319-

## ORDER

Before the Court is a Local Rule of Civil Procedure 83.11 Motion On Request To File Civil Action submitted by Drue Allen Hollis, ProSe, Plaintiff for the United States on the best interest of the State of Texas.

The Motion is GRANTED.

The Clerk is ORDERED to file Plaintiff's Original Complaint and enter into the docket the above-named civil action.

On this _____ day of _____ 20____.

_____
JUDGE PRESIDING

IN THE UNITED STATES COURT HOUSE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DRUE ALLEN HOLLIS,
    Plaintiff for the
    UNITED STATES
    in the best interest of the
    STATE OF TEXAS,

V.

CULLEN/FROST BANKERS, INC.,
    ET AL.,
    Defendant.

No: 24-cv-319

## JUDGMENT

Before the Court is a Bill of Costs submitted by Drue Allen Hollis, Pro Se, Plaintiff for the United States in the best interest of the State of Texas.

The Bill of Costs is GRANTED.

The Clerk is ORDERED to tax against Defendant Cullen/Frost Bankers, Inc., Et al., as costs in this civil action, $28,701,260,190,270.80.

On this _____ day of _____ 20_____.

_____
JUDGE PRESIDING

IN THE UNITED STATES COURT HOUSE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DRUE ALLEN HOLLIS,
    Plaintiff for the
    UNITED STATES
    in the best interest of the
    STATE OF TEXAS,

V.

CULLEN/FROST BANKERS, INC.,
    ET AL.,
    Defendant.

4:24-CV-319

## DEFAULT JUDGMENT

Before the Court is a Motion For Entry By Default submitted by Drue Allen Hollis, Pro Se, Plaintiff for the United States in the best interest of the State of Texas.

The Motion is GRANTED.

It is hereby ORDERED that Plaintiff Drue Allen Hollis recover from Defendant Cullen/Frost Bankers, Inc., Et al., the amount of twenty-five trillion, two hundred and thirty-two billion, five hundred and thirty-five million, one hundred and ten thousand, eight hundred and ninety-seven dollars and 00/100 ($25,232,535,110,897.00), which includes prejudgment interest at the rate of 0% plus post-judgment interest at the rate of 5.9% per annum, plus costs.

On this _____ day of _____ 20_____.

_____
JUDGE PRESIDING