# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **DRUE HOLLIS** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:24-CV-00319-O |
| § | |
| **CULLEN/FROST BANKERS INC** § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiff's Motion to Vacate and Correct Award (ECF No. 17), filed February 26, 2025. Having reviewed Plaintiff's Motion, the Court finds that Plaintiff has not presented any basis for the Court to grant the Motion under the circumstances. Accordingly, the Court summarily **DENIES** Plaintiff's Motion.

**SO ORDERED** on this **27th day** of **February, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**