# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| DRUE ALLEN HOLLIS, | § | |
| *Plaintiff for the* | § | |
| UNITED STATES, | § | |
| *In the best interest of the* | § | |
| STATE OF TEXAS, | § | Civil Action Number: 4:24-CV-000319 |
| VS. | § | |
| | § | |
| CULLEN/FROST BANKERS, INC., | § | |
| *Defendant.* | § | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 6 2025
CLERK, U.S. DISTRICT COURT
By MW**

## ORDER TO VACATE AND CORRECT AWARD

Before the court is a Motion To Vacate And Correct Award filed by Plaintiff Drue Allen Hollis under title 9 U.S.C. in accordance with 9 U.S.C. § 13.

The Motion is **GRANTED.**

The court **FINDS** the arbitral award made by Defendant June 29, 2023 to close Plaintiff's Uniform Single-Party Account as delivered to Plaintiff July 30, 2024 is unfair; and

it is hereby **ORDERED**;

Defendant shall **VACATE** and **CORRECT** its arbitral award to Plaintiff to be in the amount of **$10,402,531.00**.

**February 28, 2025**
DATE

*Mark X. Mullin*
JUDGE PRESIDING

United States Court House
501 West Tenth Street, Room B21
Fort Worth, Texas 76102-3658
United States

NORTH TEXAS TX 750
3 MAR 2025 PM 5 L



Office of the Clerk
501 W. 10th St., Room 301
Fort Worth, TX 76102

RECEIVED
MAR - 6 2025

